FILED

12/28/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0676

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 22-0676

RITA M. BLADES, TEMPORARY GUARDIAN AND CONSERVATOR FOR
HEIDI A. GABERT

Plaintiff/Appellee,

v.

GARRY DOUGLAS SEAMAN,

Defendant/Appellant.

On Appeal from the Montana Nineteenth Judicial District Court
Cause No. DV-22-95
Hon. Shane Vannatta, Presiding

## ORDER GRANTING 30-DAY EXTENSION

Upon motion of Reid J. Perkins, attorney for Garry Douglas Seaman

("Seaman"), and good cause appearing,

IT IS HEREBY ORDERED that the Appellant is granted an extension to

January 30, 2023, in which to prepare, serve and file his Opening Brief.

Dated this ___ day of December, 2022.

_____
CHIEF JUSTICE

cc: Counsel of Record

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 28 2022